# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| DEMARCUS KENARD JOE, § <br> TDCJ No. 1047716 § <br> § <br> v. § <br> § <br> U.S. FIFTH CIRCUIT COURT OF § <br> APPEALS § | CIVIL ACTION NO. 3:20-CV-3524-S-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

**SO ORDERED.**

SIGNED January 11, 2021.

**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that on December 14, 2020, Petitioner filed another document appearing to request that the Court issue a writ of mandamus regarding another case. *See* ECF No. 5. Construing Petitioner's filing as such, for the same reasons set forth in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 4], the Court finds that it lacks subject matter jurisdiction.